**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MONICA MILLAN, on behalf of herself and all others similarly situated,

Plaintiff,

v.

W.W. GRAINGER, INC., AN ILLINOIS CORPORATION; and DOES 1 to 10, inclusive,

Defendant.

Case No. 2:26-cv-03774-TLN-SCR

**ORDER GRANTING JOINT STIPULATION TO STAY ACTION**

Judge: Hon. Troy L. Nunley
Magistrate Judge: Hon. Sean C. Riordan

Stanislaus County Superior Court Case No. CV-26-007844

Action Filed: August 6, 2026
Action Removed: November 6, 2026
Trial Date: Not Set

The Court, having reviewed the Parties' Joint Stipulation to Stay Action Pending Final Approval of Related Class and PAGA Settlement, and good cause appearing, **ORDERS** as follows:

1. The Joint Stipulation is **GRANTED**.

2. All proceedings and deadlines in this action, including discovery, class-certification activity, motion practice, and all deadlines set by the Initial Pretrial Scheduling Order or otherwise applicable under the Federal Rules of Civil Procedure, the Local Rules, or the Court's orders, are **STAYED** pending final approval and entry of final judgment in *Navarro v. W.W. Grainger, Inc.*, Case No. 4:25-cv-08230-JST, and *Jackson v. W.W. Grainger, Inc.*, et al., Case No. 4:26-cv-03057-JST.

3. The stay is without prejudice to any Party's right to seek modification, partial relief from, or earlier termination of the stay should future circumstances warrant such relief.

4. The Parties shall file a joint status report within fourteen (14) days after final judgment is entered in both *Navarro* and *Jackson*, or within fourteen (14) days after any material development that substantially affects the stay, including denial of preliminary or final approval of the Navarro/Jackson settlement.

5. If the stay remains in place for more than one hundred twenty (120) days after entry of this Order, the Parties shall file a joint status report every one hundred twenty (120) days thereafter until the stay is lifted, unless the Court orders otherwise.

6. Within fourteen (14) days after the stay is lifted, the Parties shall meet and confer and submit a joint proposed schedule for any remaining claims, defenses, and deadlines.

**IT IS SO ORDERED.**

DATED: November 18, 2026

Troy L. Nunley
Chief United States District Judge